```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- x
COGENT CAPITAL FINANCIAL LLC and        :
COGENT CAPITAL INVESTMENTS LLC,         :
                                        :     07 Civ. 2701 (JSR)
                 Plaintiffs,            :
                                        :
                 -v-                    :
                                        :
INNOFONE.COM, INCORPORATED,             :
                                        :
                 Defendant.             :
---------------------------------------- x
INNOFONE.COM, INCORPORATED, a Nevada    :
Corporation,                            :
                                        :     07 Civ. 3966 (JSR)
                 Plaintiff,             :
                                        :         MEMORANDUM
                 -v-                    :
                                        :
COGENT CAPITAL FINANCIAL, LLC, a        :
Delaware Limited Liability Company,     :
COGENT CAPITAL INVESTMENTS, LLC, a      :
Delaware Limited Liability Company,     :
COGENT CAPITAL GROUP, LLC, a Delaware   :
Limited Liability Company, GREGORY L.   :
KOFFORD, an individual, and MARK W.     :
HOLDEN, an individual, INVESTORS BANK   :
& TRUST COMPANY, a Massachusetts        :
Trust Company,                          :
                                        :
                 Defendants.            :
---------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

By Order dated July 2, 2007, the Court granted the motion of

defendants in 07 Civ. 3966 to dismiss the Complaint in that case,

and, as a result, denied as moot the motion of plaintiff in that case

for partial summary judgment.  The Order stated that the Court would

in due course issue an opinion explaining the reasons for these

determinations, and would, at that time, direct the Clerk to enter

final judgment in 07 Civ. 3966.  Further, the Court ordered counsel

for each of the parties in 07 Civ. 2701 to jointly telephone Chambers

by July 9, 2007 to work out the remaining schedule in that case.

However, on July 6, 2007, the parties in both 07 Civ. 2701

and 07 Civ. 3966 submitted to the Court, and the Court signed, a

Stipulation of Discontinuance dismissing both of the above actions

and waiving all parties' rights of appeal.  Because the parties

agreed to enter that Stipulation of Discontinuance, it would be

improvident to issue a full opinion explaining the reasons for the

Court's determinations in its Order dated July 2, 2007.  Rather, the

Court will simply note that if such an Opinion were to have issued,

the Opinion would have explained, in essence, that (a) the Court

dismissed plaintiff's securities fraud claim, as well as plaintiff's

claims for rescission based on fraud or mistake and for rescission

based on negligent misrepresentation, principally because the merger

clauses in the various transaction documents at issue, in combination

with the context of the transaction as a whole, precluded plaintiff's

justifiable reliance, see Emergent Capital Inv. Mgmt., LLC v.

Stonepath Group, Inc., 343 F.3d 189, 195-96 (2d Cir. 2003); (b) the

Court dismissed plaintiff's claim for rescission based on illegality

principally because the transaction documents did not require any

party to do the potentially illegal act of selling unregistered

shares where the transaction documents contemplated that unregistered

shares would either be held indefinitely or sold pursuant to an

exemption from registration, see Culver & Theisen, Inc. v. Starr

Realty Co., 307 A.D.2d 910, 911 (N.Y. App. Div. 2d Dep't 2003); and

2

3

(c) the Court dismissed plaintiff's claim for declaratory relief

because plaintiff had no substantive claim of right to such relief,

see In re Joint E. & S. Dist. Asbestos Litig., 14 F.3d 726, 731 (2d

Cir. 1993).

_____
JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        July 13, 2007